**McDERMOTT WILL & EMERY LLP**
Jason D. Strabo (SBN 246426)
Jstrabo@mwe.com
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: (310) 277-4110
Facsimile: (310) 277-4730

Andrew Lee (*Pro Hac Vice* Application to Be Filed)
Ajlee@mwe.com
500 North Capitol Street, NW
Washington, DC 20001-1531
Telephone: (202) 756-8000
Facsimile: (202) 756-8087

Han Cui (*Pro Hac Vice* Application to Be Filed)
Hcui@mwe.com
444 West Lake Street
Chicago, IL 60606-0029
Telephone: (312) 372-2000
Facsimile: (312) 984-7700

*Attorneys for Defendant*
*LG Energy Solution Michigan, Inc.*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN J. CHARLTON, PhD, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LG ENERGY SOLUTION MICHIGAN, INC., and DOES 1-50,<br><br>Defendants. | CASE NO. 3:21-cv-02142-CAB-JLB<br><br>**LG ENERGY SOLUTION MICHIGAN, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Hearing Date: February 9, 2022<br>Place: Courtroom 15A, 15th Floor<br>Judge: Hon. Cathy Ann Bencivengo<br><br>PER CHAMBER RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE THAT** on February 9, 2022, or as soon thereafter as the matter may be heard, before the Honorable Cathy Ann Bencivengo of the United States District Court for the Southern District of California, in Courtroom 15A, and to be noticed in accordance with Judge Bencivengo's Chambers Rules, Defendant LG Energy Solution, Michigan, Inc. ("ESMI"), will and hereby does move the Court for an order dismissing, with prejudice, all claims for relief asserted against them by Plaintiff Stephen J. Charlton ("Charlton") in his Complaint (Doc. No. 1, Ex. A, Compl.) in this matter based on Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), on the following grounds, as more fully articulated in the accompanying Memorandum of Points and Authorities:

1. This matter is subject to dismissal pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure because Charlton's claims are moot and therefore the matter fails to meet the requirements of Article III of the United States Constitution. ESMI's recall program addresses and remediates the alleged battery defect (and the alleged harm flowing from the defect) on which Charlton bases all of his claims, thus eliminating any injury and rendering the claims moot. Because there is no actual or live case or controversy, this Court lacks subject matter jurisdiction over the claims asserted herein.

2. Even if Charlton could meet the basic case and controversy requirements of Article III, the case should be dismissed under the doctrine of prudential mootness, in light of the fact that ESMI's recall has been presented to and approved by a regulatory agency with authority, the Consumer Products Safety Commission ("CPSC"). Allowing a claim to proceed here would interfere with the CPSC's jurisdiction.

3. The second cause of action in the Complaint, Charlton's claim under California's Unfair Competition Law ("UCL"), should be dismissed pursuant to

Rule 12(b)(6) of the Federal Rules of Civil Procedure for that additional reason that the Complaint is devoid of any factual or plausible allegation of unlawful, unfair, or fraudulent conduct by ESMI. The conclusory allegations and bare recitation of elements in the Complaint fall far short of the plausible facts required to satisfy *Twombly / Iqbal's* clear mandates.

   4.   Finally, Charlton's claims for injunctive relief under both the CLRA and the UCL should be dismissed pursuant to Rule 12(b)(6) because he does not allege any inadequacies of his legal remedies. Since Charlton's only prayer for relief under his UCL claim is injunctive relief, his UCL claim should be dismissed in its entirety.

   ESMI bases its motion on this Notice of Motion and Motion to Dismiss (the "Motion"), the accompanying Memorandum of Points and Authorities, the concurrently-filed Request for Judicial Notice, and the Declaration of Jason D. Strabo in Support of Request for Judicial Notice, as well as all pleadings and papers filed in this action, the oral argument of counsel if ordered by the Court, and any other matters that may come before the Court.

- 2 -

NOTICE OF MOTION AND
MOTION TO DISMISS
CASE NO: 3:21-CV-02142-CAB-JLB

| | | |
|---|---|---|
| 1 | Dated: January 5, 2021 | **McDERMOTT WILL & EMERY LLP** |

By: */s/ Jason D. Strabo*
Jason D. Strabo (SBN 246426)
Jstrabo@mwe.com
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: (310) 277-4110
Facsimile: (310) 277-4730

Andrew Lee (*Pro Hac Vice* Application to Be Filed)
Ajlee@mwe.com
500 North Capitol Street, NW
Washington, DC 20001-1531
Telephone: (202) 756-8000
Facsimile: (202) 756-8087

Han Cui (*Pro Hac Vice* Application to Be Filed)
Hcui@mwe.com
444 West Lake Street
Chicago, IL 60606-0029
Telephone: (312) 372-2000
Facsimile: (312) 984-7700

*Attorneys for Defendant*
*LG Energy Solution Michigan, Inc.*