**McDERMOTT WILL & EMERY LLP**
Jason D. Strabo (SBN 246426)
Jstrabo@mwe.com
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: (310) 277-4110
Facsimile: (310) 277-4730

Andrew Lee (*Pro Hac Vice* Application to Be Filed)
Ajlee@mwe.com
500 North Capitol Street, NW
Washington, DC 20001-1531
Telephone: (202) 756-8000
Facsimile: (202) 756-8087

Han Cui (*Pro Hac Vice* Application to Be Filed)
Hcui@mwe.com
444 West Lake Street
Chicago, IL 60606-0029
Telephone: (312) 372-2000
Facsimile: (312) 984-7700

*Attorneys for Defendant*
*LG Energy Solution Michigan, Inc.*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN J. CHARLTON, PhD, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LG ENERGY SOLUTION MICHIGAN, INC., and DOES 1-50,<br><br>Defendants. | CASE NO. 3:21-cv-02142-CAB-JLB<br><br>**DECLARATION OF JASON D. STRABO IN SUPPORT OF LG ENERGY SOLUTION MICHIGAN, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**<br><br>Hearing Date: February 9, 2022<br>Place: Courtroom 15A, 15th Floor<br>Judge: Hon. Cathy Ann Bencivengo<br><br>PER CHAMBER RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |

# DECLARATION OF JASON D. STRABO

I, Jason D. Strabo, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California. I am a partner with the law firm of McDermott Will & Emery LLP, counsel for Defendant LG Energy Solution Michigan, Inc. ("ESMI") in the above matter. I make this declaration in support of ESMI's Request for Judicial Notice in Support of Motion to Dismiss, which is being filed concurrently with this declaration. Except as to those matters stated on information and belief (which I believe to be true), I have personal knowledge of the facts set forth in this Declaration and, if called and sworn as a witness, I could and would testify competently with respect thereto.

2. Attached as **Exhibit 1** to ESMI's Request for Judicial Notice in Support of Motion to Dismiss is a true and correct copy of ESMI's December 16, 2020 Home Energy Storage Batteries Recall in Conjunction with the U.S. Consumer Product Safety Commission ("CPSC"), obtained from the web address https://www.cpsc.gov/Recalls/2021/LG-Energy-Solution-Michigan-Recalls-Home-Energy-Storage-Batteries-Due-to-Fire-Hazard on January 5, 2022.

3. Attached as **Exhibit 2** to ESMI's Request for Judicial Notice in Support of Motion to Dismiss is a true and correct copy of ESMI's August 4, 2021 Home Energy Storage Batteries Recall in Conjunction with the CPSC, obtained from the web address https://www.cpsc.gov/Recalls/2021/LG-Energy-Solution-Michigan-Recalls-Home-Energy-Storage-Batteries-Due-to-Fire-Hazard-0 on January 5, 2022.

4. Attached as **Exhibit 3** to ESMI's Request for Judicial Notice in Support of Motion to Dismiss is a true and correct copy of Plaintiff Stephen J. Charlton's ("Charlton") October 6, 2021 Notice Letter to ESMI.

5. Attached as **Exhibit 4** to ESMI's Request for Judicial Notice is a true and correct copy of ESMI's November 4, 2021 Response Letter to Charlton.

1  I declare under penalty of perjury under the laws of the State of California
2  that the foregoing is true and correct.
3  Executed this 5th day of January 2022 in Los Angeles, California.

By: *[signature]*
JASON D. STRABO