**McDERMOTT WILL & EMERY LLP**
Jason D. Strabo (SBN 246426)
Jstrabo@mwe.com
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone: (310) 277-4110
Facsimile: (310) 277-4730

Andrew Lee (*Pro Hac Vice* Application to Be Filed)
Ajlee@mwe.com
500 North Capitol Street, NW
Washington, DC 20001-1531
Telephone: (202) 756-8000
Facsimile: (202) 756-8087

Han Cui (*Pro Hac Vice* Application to Be Filed)
Hcui@mwe.com
444 West Lake Street
Chicago, IL 60606-0029
Telephone: (312) 372-2000
Facsimile: (312) 984-7700

*Attorneys for Defendant*
*LG Energy Solution Michigan, Inc.*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN J. CHARLTON, PhD, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LG ENERGY SOLUTION MICHIGAN, INC., and DOES 1-50,<br><br>Defendants. | CASE NO. 3:21-cv-02142-CAB-JLB<br><br>**LG ENERGY SOLUTION MICHIGAN, INC.'S PROOF OF SERVICE BY MAIL** |

# PROOF OF SERVICE

I, Regina N. Hunter, declare:

I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 2049 Century Park East, Suite 3200, Los Angeles, CA 90067-3206. On January 5, 2022, I caused to be served a copy of the within documents:

- LG ENERGY SOLUTION MICHIGAN, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS;
- MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF LG ENERGY SOLUTION MICHIGAN, INC.'S MOTION TO DISMISS;
- REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF LG ENERGY SOLUTION MICHIGAN, INC.'S MOTION TO DISMISS; and
- DECLARATION OF JASON D. STRABO IN SUPPORT OF LG ENERGY SOLUTION MICHIGAN, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS

☒ by transmitting on this date via email, a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

Michael A. Conger, Esquire
Law Office of Michael A. Conger
P.O. Box 9374
Rancho Santa Fe, California 92067
Telephone: (858) 759-0200
Facsimile: (858) 759-1906

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is

- 2 -

PROOF OF SERVICE
CASE NO: 3:21-CV-02142-CAB-JLB

presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 5, 2022, at Los Angeles, California.

*Regina N. Hunter*
Regina N. Hunter